

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

**MEMO ENDORSED**

December 3, 2020

U.S. District Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Mercer v. Bay View Street Inn, LLC*, **Case No.: 1:20-cv-6789-ER**

Dear Judge Ramos:

      This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action.  We are pleased to inform Your Honor that the above referenced action has been settled. Currently, the parties are finalizing the settlement agreement to be circulated for execution, which the parties anticipate will take place within the next thirty (30) days.  Respectfully, we are requesting together with counsel for the Defendant, an extension of time for thirty (30) days to file an application to reopen so that the parties can finalize the settlement.

      We thank the Court for your time and consideration in this matter.

> The parties' request is granted.  The deadline to reopen this case is hereby extended to January 5, 2021.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 13.
>
> So ordered.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __12/03/2020_____
> New York, New York

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

      cc:    Sarah E. Bell, Esq. *(via CM/ECF)*